People of the State of Illinois ex rel. John S. Rusch, appellee, v. Salvatore Montesano et al., appellants. Gen. No. 39,798.

Opinion filed January 31, 1938. Rehearing denied February 14, 1938.

Edward A. Biggs, Jr. and Joseph A. Fenton, for appellants. Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel.

Mr. Justice McSurely delivered the opinion of the court.

John L. Mulroy, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 39,736.

Opinion filed January 31, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. H. Kay George, for appellee; G. A. Buresh, of counsel.

Mr. Justice Matchett delivered the opinion of the court

William Capesius, appellant, v. William B. Moulton et al., appellees. Gen. No. 39,813.

Opinion filed January 31, 1938. Rehearing denied February 14, 1938.

William Capesius, pro se. Tolman, Chandler & Dickinson, for appellees; Frederick Dickinson, Howard B. Bryant and Alex Elson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Board of Education of City of Chicago, appellant, v. Clarence E. Beck et al., appellees. Gen. No. 39,546.

Opinion filed February 1, 1938.

Richard S. Folsom, Frank S. Righeimer, Edward R. Johnston, Albert E. Jenner, Jr., and Samuel W. Block, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse and Downer McCord, for appellees; Isaac E. Ferguson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.